**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**CASE NO.: 3:24-cv-00095-TKW-HTC**

SHARRIF K. FLOYD, individually and as
assignee of THE ANDREWS INSTITUTE
AMBULATORY SURGERY CENTER, LLC,

    *Plaintiff,*

v.

USI INSURANCE SERVICES LLC,
and MARSH USA INC.,

    *Defendants.*

_____/

**PLAINTIFF'S UNOPPOSED**
**MOTION FOR LEAVE TO EXCEED WORD COUNT**

Sharrif K. Floyd, pursuant to N.D. Fla. L.R. 56.1, moves this Court for leave

to exceed the word count limit on his Omnibus Reply in Further Support of his

Motion for Partial Summary Judgment, ECF No. 110.

Marsh and USI filed separate briefs in opposition to Floyd's Motion for Partial

Summary Judgment, ECF Nos. 70, 86, 89. Yesterday, Floyd timely filed a single

Omnibus Reply brief addressing Defendants' separate opposition briefs.

Pursuant to N.D. L.R. 56.1(D), a reply brief may not exceed 3,200 words.

Floyd's Omnibus Reply brief is 4,513 words and within the 6,400 word limit that

would apply if he had filed separate reply briefs directed to each of Defendants' opposition briefs. Floyd respectfully requests leave to exceed the 3,200 word limit for his Omnibus Reply brief and accepting that brief as timely filed.[1]

WHEREFORE, Sharrif K. Floyd, individually and as assignee of The Andrews Institute Ambulatory Surgery Center, LLC respectfully request this Court enter an Order granting him leave to exceed the word count for his Omnibus Reply in Further Support of his Motion for Partial Summary Judgment, ECF No. 110, and any further relief that this Court deems equitable, just and proper.

## CERTIFICATION OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(B), the undersigned counsel certifies that they have conferred with counsel for USI Insurance Services LLC, Zachary Berk, and counsel for Marsh USA Inc., Julia Wischmeier, by email on June 26, 2025 and is authorized to represent that Defendants have no objection to the relief sought herein.

## CERTIFICATION OF COMPLIANCE

Pursuant to Local Rule 7.1(F), the undersigned counsel certifies that this Motion is 250 words.

---

[1] This motion was not filed with Floyd's Omnibus Reply and delayed until today only to allow an opportunity for conferral with Defendants' counsel, as indicated in the Omnibus Reply's Certification of Compliance. The parties have now conferred and Defendants do not oppose the requested relief.

Respectfully Submitted,

VER PLOEG & MARINO, P.A.
100 S.E. Second Street, Suite 3300
Miami, FL 33131
305-577-3996
305-577-3558 *facsimile*

/s/ Benjamin C. Hassebrock
**Stephen A. Marino, Jr., Esq.**
Florida Bar No. 79170
smarino@vpm-legal.com
smcgee@vpm-legal.com
**Benjamin C. Hassebrock, Esq.**
Florida Bar No. 76504
bhassebrock@vpm-legal.com
mgarcia@vpm-legal.com
**Kimberley P. Ver Ploeg, Esq.**
Florida Bar No. 1036957
kverploeg@vpm-legal.com

BRAD SOHN LAW
2990 Ponce de Leon Blvd., Suite 300
Coral Gables, FL 33134
786-708-9750
305-397-0650 *facsimile*

/s/ Brad R. Sohn
**Brad R. Sohn, Esq.**
Florida Bar No. 98788
brad@bradsohnlaw.com

HEISE SUAREZ MELVILLE, P.A.
2990 Ponce de Leon Blvd., Suite 300
Coral Gables, FL 33134
305-800-4476

/s/ Mark J. Heise
**Mark J. Heise, Esq.**
Florida Bar No. 771090
mheise@hsmpa.com
filings@hsmpa.com

*Counsel for Sharrif K. Floyd, individually and as assignee of*
*The Andrews Institute Ambulatory Surgery Center, LLC*

3

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on June 26, 2025, on all counsel or parties of record on the Service List below.

/s/ Benjamin C. Hassebrock
**Benjamin C. Hassebrock, Esq.**

## SERVICE LIST

Hilda Piloto, Esq.
Saul Ewing LLP
701 Brickell Avenue, 17th Floor
Miami, FL 33131
305-428-4500
305-374-4744 *facsimile*
Hilda.piloto@saul.com
tracy.alger@saul.com
mia-ctdocs@saul.com
*Co-Counsel for USI Insurance Services LLC*

Edward J. Baines, Esq.
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
410-332-8954
Ted.Baines@saul.com
*Pro Hac Vice Counsel for USI Insurance Services LLC*

Julia M. Wischmeier, Esq.
Quarles & Brady LLP
101 E. Kennedy Blvd., Suite 3400
Tampa, FL 33602
813-387-0300
813-387-1800 *facsimile*
julia.wischmeier@quarles.com
cyndi.trotti@quarles.com
rebecca.wilt@quarles.com
DocketFl@quarles.com
*Co-Counsel for Marsh USA Inc. n/k/a Marsh USA LLC*

Zachary W. Berk, Esq.
Saul Ewing LLP
131 Dartmouth Street, Suite 501
Boston, MA 02116
617-912-0927
Zachary.berk@saul.com
*Pro Hac Vice Counsel for USI Insurance Services LLC*

4

Joshua Maggard, Esq.
Joseph P. Poehlmann, Esq. (*Pro Hac*)
Quarles & Brady, LLP
411 E. Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
414-277-5855
414-271-3552 *facsimile*
Joshua.maggard@quarles.com
Joseph.poehlmann@quarles.com
Mandie.lukasik@quarles.com
Joan.bernaden@quarles.com
*Co-Counsel for Marsh USA Inc. n/k/a
Marsh USA LLC*

Stephen A. Marino, Jr., Esq.
Benjamin C. Hassebrock, Esq.
Kimberley P. Ver Ploeg, Esq.
Ver Ploeg & Marino, P.A.
100 S.E. Second Street, Suite 3300
Miami, FL 33131
305-577-3996
305-577-3558 *facsimile*
smarino@vpm-legal.com
bhassebrock@vpm-legal.com
kverploeg@vpm-legal.com
smcgee@vpm-legal.com
mgarcia@vpm-legal.com
*Co-Counsel for Sharrif K. Floyd,
individually and as assignee of The
Andrews Institute Ambulatory Surgery
Center, LLC*

Brad R. Sohn, Esq.
Brad Sohn Law
2990 Ponce de Leon Blvd., Suite 300
Coral Gables, FL 33134
786-708-9750
305-397-0650 *facsimile*
brad@bradsohnlaw.com
*Co-Counsel for Sharrif K. Floyd,
individually and as assignee of The
Andrews Institute Ambulatory Surgery
Center, LLC*

Mark J. Heise, Esq.
Heise Suarez Melville, P.A.
2990 Ponce de Leon Blvd., Suite 300
Coral Gables, FL 33134
305-800-4476
mheise@hsmpa.com
filings@hsmpa.com
*Co-Counsel for Sharrif K. Floyd,
individually and as assignee of The
Andrews Institute Ambulatory Surgery
Center, LLC*

5