**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**SHARRIF K. FLOYD**, individually
and as assignee of The Andrews
Institute Ambulatory Surgery Center,
LLC,

      **Plaintiff**,

**v.**                                 **Case No. 3:24cv95-TKW-HTC**

**USI INSURANCE SERVICES LLC**
and **MARSH USA INC.**,

      **Defendants**.

_____/

## <u>ORDER</u>

Upon due consideration of Plaintiff's unopposed motion to exceed word count (Doc. 112), it is

**ORDERED** that the motion is **GRANTED**, and Plaintiff's 4,513-word reply (Doc. 110) is accepted.

**DONE and ORDERED** this 27th day of June, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**